1

2

3

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL *Plaintiff*
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

4

DATED: 3/10/2010

5

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 1 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

6

7

8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

CHRISTIAN L. CURRY,

                Plaintiff,

      vs.

THE COUNTY OF LOS ANGELES,
et al.,

                Defendants.

Case No.  CV 07-7802-VAP (RNB)

ORDER ADOPTING FINDINGS,
CONCLUSIONS AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

16

17

18

19

20

21

      Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, including the Original Report and Recommendation of the United States Magistrate Judge and plaintiff's Objections thereto, the Supplemental Report and Recommendation of the United States Magistrate Judge, and plaintiff's Notice of Non-Opposition to the Supplemental Report and Recommendation.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

22

23

24

      IT THEREFORE IS ORDERED that (1) defendant Vodnoy's Motion to Dismiss is granted without leave to amend; and (2) Judgment be entered dismissing this action with prejudice.

25

26

DATED: __March 9, 2010__

27

28

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE